IN THE UNITED STATES DISTRICT COURT

___Western___ DISTRICT OF ___Washington___

Alexander Mihailovski
         Petitioner,
V.
UNITED STATES OF AMERICA,
         Respondent,

CRIMINAL CASE No: 2:12CR00251TSZ-001

PETITION TO OBTAIN
INFORMATION/DOCUMENT(S)

Petitioner comes to this Honorable Court under **Haines vs. Kerner 404 U.S. 519 (1972)**, and **Pro-Se representation** and will as this Honorable Court to provide the following information/document(s) in order to have the appropriate access to the Court:

( ) **Docket Case**
( X ) **Judgment in the Criminal Case**
( ) **Plea Agreement**
( ) **Sentencing Transcript**

Therefore, Petitioner kindly thanks the Court for it's timely response in this most important matter, in the name of Justice.

DATED: ___19 of March___, 2018    Respectfully Submitted,

Mr. ___Alexander Mihailovski___
BOP #: ___47453-086___
D. Ray James Correctional Facility
P.O. Box No. 2000
Folkston, GA 31537

(Page 1 of 1)

Alexander Mihailovski
47453-086
D. Ray James CI
P.O. Box 2000
Folkston, GA
31537

LEGAL MAIL

Honorable Judge Thomas S. Zilly
United States Courthouse
700 Stewart Street
Seattle, WA
98101-1271

